UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6095 PSG(JC) | Date | November 1, 2016 |
|---|---|---|---|
| Title | Jari Blake, et al. v. City of Lompoc, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**  (IN CHAMBERS)

**ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORT**

On August 23, 2016, this Court issued a Case Management and Scheduling Order ("Case Management Order") which directed each party, inter alia, to file and serve a status report no later than October 24, 2016. To date, plaintiffs have failed to file the foregoing status report and have not sought an extension of time to do so.

IT IS ORDERED that the plaintiffs shall show cause in writing, on or before **November 15, 2016**, as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to comply with the Case Management Order and/or failure to prosecute should not be imposed for plaintiffs' failure to file a timely status report as called for by the Case Management Order.

**Plaintiffs are cautioned that the failure timely to comply with this Order and/or to show good cause, may result in the dismissal of this action for failure to comply with the Court's order(s) and/or the failure to prosecute.**

IT IS SO ORDERED.

|  | Initials of Deputy Clerk | hr |
|---|---|---|