1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARI BLAKE and SPRING MORRISSEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOMPOC, et al.,<br><br>Defendants. | Case No. CV 16-6095 PSG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all documents submitted by the parties in connection with defendants' Motion for Summary Judgment ("Motion for Summary Judgment"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the Report and Recommendation

IT IS HEREBY ORDERED THAT: (1) the Motion for Summary Judgment is granted and summary judgment is to be entered in favor of defendants the City of Lompoc and the Lompoc Police Department and against plaintiffs; (2) the Doe Defendants are dismissed without prejudice; and (3) the Clerk shall enter Judgment accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment, and the Report and Recommendation on plaintiffs and counsel for defendants.

IT IS SO ORDERED

DATED: 7/31/17

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE