UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARI BLAKE and SPRING MORRISSEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOMPOC, et al.,<br><br>Defendants. | Case No. CV 16-6095 PSG(JC)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that summary judgment is granted in favor of defendants the City of Lompoc and the Lompoc Police Department and against plaintiffs, and the Doe Defendants are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: 7/31/17

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE